# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>JEFFREY MICHAEL ROOSA(1) and MAILIKA LAILONNI SIMONS(2),<br>        Defendant. | Case No. 22-CR-2502-DMS<br><br>**ORDER ON JOINT MOTION TO CONTINUE HEARING** |

Pursuant to the parties' joint motion and good cause appearing, it is hereby ordered that the Motion hearing in the above-entitled case be continued from November 10, 2022, at 11:00 a.m., to January 27, 2023, at 11:00 a.m. before the Honorable Dana M. Sabraw, as to both defendants.

The period of delay from the filing of the motion until January 27, 2023, shall be excluded in computing time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

**IT IS SO ORDERED**.

Dated: 11/9/22

Hon. Dana M. Sabraw, Chief Judge
United States District Court